AO 10*
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  McKee, Theodore A. | 2. Court or Organization  U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT | 3. Date of Report  09/02/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2017  to  12/31/2017 |

**7. Chambers or Office Address**

20614 U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA,
PA. 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | GENERAL PARTNER | PUJKEE ASSOCIATES (see section viii for information)* |
| 2. | TRUSTEE | SYRACUSE UNIVERSITY |
| 3. | DIRECTOR | VERA INSTTUTE OF JUSTICE |
| 4. | BOARD OF VISITORS | TEMPLE UNIVERSITY COLLEGE OF LAW |
| 5. | BOARD OF VISITORS (honorary member) | SYRACUSE UNIVERSITY COLLEGE OF LAW |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | ADMINISTRATIVE OFFICE OF THE PENNSYLVANIA COURTS | $12,000.00 |
| 2. | 2017 | Pujkee Associates Rental Property | $10,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Rental Property in New York |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | US COURRTS | 01/17 TO 01/120/17 | ST THOMAS, U.S. VIRGIN ISLANDS | DIST COURT OF THE VI ANNUAL CONFERENCE | TRAVEL AND LODGING |
| 2. | AMERICAN CONSTITUTION SOCIETY | 01/26 TO 0127/17 | WASHINGTON, D.C. | ATTEND ACADEMIC DISCUSSION | TRAVEL |
| 3. | SYRACUSE UNIVERSITY | 3/2 TO 3/3/17 | SYRACUSE NEW YORK | MOOT COURT | TRAVEL AND LODING |
| 4. | VERA INSTITUTE OF JUSTICE | 3/9/17 | NEW YORK CITY | BOARD MEETING | TRAVEL |

| 5. | NEW YORK UNIVERISTY LAW SCHOOL | 3/31/17 | NEW YORK CITY | PARTICIPATE IN SELECTION OF PUBLIC INTEREST FELLOWSHIOPS AT LAW SCHOOL | TRAVEL AND LODIGNG |
|---|---|---|---|---|---|
| 6. | US COURT OF APPEALS | 4/19 TO 4/20/17 | LANCASTER PA. | ATTEND CIRCUIT CONFERENCE | TRAVEL AND LODING |
| 7. | ADMINISTRATIVE OFFICE OF THE US COURTS | 5/8/ TO 5/19 | MINNEAPOLIS MINN | PARTICIPATE IN NE CHIEF JUDGE SEMINAR | TRAVEL AND LODGING |
| 8. | SAME AS ABOVE | 6/12 TO 6/13/17 | WASHINGTON D.C. | SAME AS ABOVW | TRAVEL AND LODGNG |
| 9. | VERA INSTITUTE OF JUSTICE | 6/29/17 | NEW YORK CITY | BOARD MEETING | TRAVEL |
| 10. | THIRD CIRCUT COURT | 10/12//17 | PITTSBURGH, PA | COURT MEETING FOR OFFICIAL PORTRAIT CERTEMONY FOR CHIEF JUDGE | TRAVEL |
| 11. | SYRACUSE UNIVERSITY COLLEGE OF LAW | 10/20/17 | SYRACUSE NEW YORK | RECEIVE LAW SCHOOL AWARD | TRAVEL |
| 12. | FJC - | 11/1TO 3/17 | WASHIHNGTON D.C. | MEETING OF FJC | TRAVEL AND LODGING |
| 13. | VERA INSTITUTE OF JUTICE | 12/6 TO 12/8/17 | NEW HAVEN CT | BOARD MEETING AND SITE VISIT | TRAVEL AND LODGING |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 09/02/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 09/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CARDINAL HEALTH | A | Dividend | J | T | | | | | |
| 2. COLGATE PALMOLIVE | A | Dividend | J | T | | | | | |
| 3. JOHNSON AND JOHNSON | A | Dividend | J | T | | | | | |
| 4. VERIZON | A | Dividend | J | T | Sold | 5/1/17 | J | B | |
| 5. CISCO | A | Dividend | J | T | | | | | |
| 6. WASHINGTON MUTUAL FUND | A | Dividend | J | T | Sold | 06/21/17 | K | C | |
| 7. HENRY SCHEIN STOCK | A | Dividend | J | T | | | | | |
| 8. FRANKLIN FLTG RATE FAFRX (see section VIII) | A | Dividend | J | T | | | | | |
| 9. CALVERT INCOME FUND (CIFCX) | A | Dividend | J | T | Buy (add'l) | 11/08/17 | J | | |
| 10. AMERICAN EURO PACIFIC (AEGFX) | A | Dividend | J | T | | | | | |
| 11. CALVERT GLOBAL WATER FUND (CFWAX) | A | Dividend | J | T | | | | | |
| 12. JOHN HANCOCK MUTUAL FUND (JCVCX) CORRECTED TO (PZFVX) See Section VIII | A | Dividend | J | T | | | | | |
| 13. DREYFUS FUND STRUCTRED MID CAP FD CL C (DPSCX) | A | Dividend | J | T | | | | | |
| 14. CARLISLE COMPANIES (CSL) | A | Dividend | J | T | Sold (part) | 11/30/17 | J | B | |
| 15. SENTINEL FUNDS SS CORE A | A | Dividend | J | T | | | | | |
| 16. SENTINEL FUNDS SS MID CAP A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 09/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. PNC MONEY MARKET ACCOUNT (SEE SECTION VIII) | A | Dividend | J | T | | | | | |
| 18. INTEL (INTC) | A | Dividend | J | T | | | | | |
| 19. AMERICAN BALANCED FUND (ABALX) | A | Dividend | J | T | | | | | |
| 20. AMERICAN EURO PACIFIC FUND (AEPGX) | A | Dividend | J | T | | | | | |
| 21. VECTRON CORP (V3S) (SEE PART VIII) | A | Dividend | J | T | | | | | |
| 22. AMERICAN CENT MID CAP VALUE INV SHS (ACMVX) | A | Dividend | J | T | Buy (add'l) | 1/11/16 | J | | |
| 23. JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 24. GUIDESTONE GLBL BD FD INV (GGBFX) | A | Dividend | J | T | | | J | | |
| 25. COHEN & STEERS RE ALTY SHARES (CSRSX) | A | Dividend | J | Q | Buy (add'l) | 2/27/17 | J | B | |
| 26. COHEB SHEERS REALTY SHARES | A | Dividend | | | Closed | 2/27/17 | J | C | |
| 27. DELAWARE VALUE FUND (DDVIX) | A | Dividend | J | T | Buy (add'l) | 1/4/17 | J | | |
| 28. EATON VANCE FUND INSTITUTIONAL (EIGMX) | A | Dividend | J | T | Buy (add'l) | 1/11/16 | J | | |
| 29. FEDERATED TOTAL RETURN BOND FUND | A | Dividend | J | T | Buy | 1/4/17 | J | | |
| 30. FEDERATED TOTAL RETURNS (FTRBX) | A | Dividend | | | Sold (part) | 12/8/17 | J | C | |
| 31. FEDERATED TOTAL RETURN BOND FUND | A | Dividend | J | T | Buy (add'l) | 06/13/17 | J | | |
| 32. FIDELITY ADVISERS FL RATE HIGH (FFRIX) | A | Dividend | | | Closed | 03/27/17 | J | C | |
| 33. HARBOR CAPITAL APPR INSTL (HACAX) | A | Dividend | J | T | Buy | 0/4/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 09/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. ISHARES RUSSELL 2000 GROWTH ETF (IWO) | A | Dividend | J | T | | | | | |
| 35. MAINSTAY EPOCH GLOBAL EQUITY (EPSYX) | A | Dividend | J | T | Buy (add'l) | 1/4/17 | J | | |
| 36. METROPOLITAN WEST TOTAL RETURN CLASS I | A | Distribution | | | Open | 01/04/17 | J | | |
| 37. METROPOLITAN WEST TOATL RETURN CLASS I (MWTIX) | A | Dividend | | | Closed | 6/13/17 | K | C | |
| 38. OPPENHEIMER DEV MARKETS (ODVYX) | A | Dividend | J | T | Buy (add'l) | 1/11//16 | J | | |
| 39. OPPENHEIMER INTL GROWTH FD Y (OIGYX) | A | Dividend | J | T | Buy (add'l) | 1/4/17 | J | | |
| 40. POWERSHARES FTS RAFI US 1000 ISIN (PRF) | A | Dividend | J | T | Buy (add'l) | 1/4/17 | J | | |
| 41. T. ROWE PRICE MID CAP GROWTH (RPMGX) | A | Dividend | J | T | Buy (add'l) | 1/4/17 | J | | |
| 42. T. ROW PRICE INTL DISCOVERY (PRIDX) | A | Dividend | J | T | | | | | |
| 43. ROYCE OPPORTUNITY FD SVCS CL (RYOFX) | A | Dividend | J | T | Buy (add'l) | 1/11/16 | J | | |
| 44. TEMPLETON GLOBAL BOND ADVISOR CLASS (see section viii) | A | Dividend | J | T | Buy | 01/04/17 | | | |
| 45. TEMPLETON GLOBAL BOND ADVISOR FD CLASS (TGBAX) | A | Dividend | | | Sold | 1/4/17 | J | B | |
| 46. TEMPLETON GLOBAL BOND ADVISOR CLASS | A | Dividend | | | Closed | 03/20/17 | J | C | |
| 47. AMERICAN CENTURY MID CAP VALUE INV SHS (ACMVX) | A | Dividend | J | T | | | | | |
| 48. AMERICAN BALANCED FUND (ABALX) | A | Dividend | J | T | Sold | 6/17 | J | B | |
| 49. AMERICAN BOND FUND (ABNDX) | A | Dividend | | | Closed | 6/26/17 | J | A | |
| 50. ISHARES RUSSELL 1000 GROWTH ETF (IWF) | A | Dividend | J | T | Buy (add'l) | 1/4/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. ISHARES RUSSELL 2000 GROWTH (IWO) | A | Dividend | J | T | | | | | |
| 52. AMER CAPITAL GROWTH FUND (CWGIX) | A | Dividend | J | T | | | | | |
| 53. TIAA-CREFF (VARIOUS FUNDS - SEE SECTION VIII) | | | | | | | | | |
| 54. AMERICAN CENTRURY MID CAP VALUE INV SHS (ACMVX) | A | Dividend | J | T | Buy | 1/1/16 | | | |
| 55. HARBOR CAPITAL APPRECIAT INSTL (HACAX) | A | Dividend | | | Closed | 6/21/17 | K | C | |
| 56. DELAWARE VALUE FUND INST (DDVIX) | A | Dividend | J | T | Buy (add'l) | 1/4/17 | J | | |
| 57. CVS (CVS) | A | Dividend | | | Closed | 8/14/17 | J | B | |
| 58. BYD CO. LTD (BYDDF) | A | Dividend | J | T | Buy | 11/06/17 | J | | |
| 59. BYD CP ;TD BYDDF | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 60. ISHARES IBOXX$ HIGH YEILD CORPORATE FUND (HYG) | A | Dividend | J | T | Open | 06/26/17 | J | | |
| 61. VANGUARD TELECOMM SRVCS ETF (VOX) | A | Dividend | J | T | Open | 06/26/17 | J | | |
| 62. SPDR S7P INSURANCE ETF (KIE) | A | Dividend | J | T | Open | 06/26/17 | J | | |
| 63. ISHARES IBOCXX $ INVT GRAD CORP BD (LQD) | A | Dividend | J | T | Open | 06/26/17 | J | | |
| 64. ISHARESW MBS ETF ACTUAL PRICES (MBB) | A | Dividend | J | T | Open | 06/26/17 | K | | |
| 65. POWERSHARFES EM SOVEREIGN BOND USD (PCY) | A | Dividend | J | T | Open | 06/26/17 | J | | |
| 66. SPDR CONSUMER STPL ACTUAL (XLP) | A | Dividend | J | T | Open | 06/26/17 | J | | |
| 67. SPDR ENERGY (XLE) | A | Dividend | J | T | Open | 06/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 09/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. spdr industrial (XLI) | A | Dividend | J | T | Open | 06/26/17 | J | | |
| 69. SPDR MATERIALS FUND (XLB) | A | Dividend | J | T | Open | 06/26/17 | J | | |
| 70. SPDR UTILITES (XLU) | A | Dividend | J | T | Open | 06/21/17 | J | | |
| 71. SPDR CONSUMER DISCRETIONARY (XLY) | A | Dividend | J | T | Open | 06/21/17 | J | | |
| 72. ISHARES TIPS BOND ETF (TIP) | A | Dividend | J | T | Open | 06/26/17 | J | | |
| 73. VANGUARD FINANCIAL ETF (VFH) | A | Dividend | J | T | Open | 06/26/17 | J | | |
| 74. HEALTH CAFRE SELECT (XLV) | A | Dividend | J | T | Open | 06/26/17 | J | | |
| 75. VANGUARD INFORMATIN TECH ETF (VGT) | A | Dividend | J | T | Open | 06/26/17 | J | | |
| 76. ISHARES 3-7 YEAR TREAS BOND ETF (IEI) | A | Dividend | J | T | Open | 06/26/17 | J | | |
| 77. EVEFRSOURCE ENERGY COM ACUTAL (ES) | A | Dividend | J | T | Open | 06/26/17 | J | | |
| 78. ISHARES MSCI EAFE ACTUAL PRICES (ES) | A | Dividend | J | T | Open | 06/26/17 | J | | |
| 79. POWERSHARES PREFERRED PORTFOILIO | A | Dividend | J | T | Open | 06/26/17 | J | | |
| 80. VANGUARD SHORT TERM BOND (BSV) | A | Dividend | J | T | Open | 06/26/17 | J | | |
| 81. SPDR REAL ESTATE SELECT SECTOR (XLRE) | A | Dividend | J | T | Open | 06/26/17 | J | | |
| 82. VANGUARD INTERMED BOND FUND ETF (BIV) | A | Dividend | J | T | Open | 06/26/17 | K | | |
| 83. VANECK VECTORS J.P. MORGAN EM LOCAL (EMLC) | A | Dividend | J | T | Open | 0/26/17 | J | | |
| 84. ISHARES INC CORE MSCI EMERGING MKTS (IEMG) | A | Dividend | J | T | Open | 06/26/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 09/02/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. AMERICAN NEW PERSEPCTIVE FD INC CL (ANWPX) | A | Dividend | J | T | Sold | 06/26/17 | J | C | |
| 86. AMERICAN WASHINGTON MUT INVESTORS FUND (AWSHX) | A | Dividend | J | T | Sold (part) | 06/26/17 | J | C | |
| 87. AMERICAN CAPITAL WORLD GROWTH (CWGIX) | A | Dividend | J | T | Sold (part) | 06/26/17 | J | C | |
| 88. AMEICAN BOND FUND OF AMERICA (ABNDX) | A | Dividend | J | T | Sold | 06/26/17 | J | D | |
| 89. ISHARES MSC EAFE ACUTAL PRICES (ES) | A | Dividend | J | T | Sold (part) | 7/20/17 | J | A | |
| 90. ISHARES INC COFE MSCI EMERGING MKTS (IEMG) | A | Dividend | J | T | Sold | 07/20/17 | J | A | |
| 91. ISHARES INC CORE MSCI EMERGING MKTS (IEMG) | A | Dividend | J | T | Sold | 07/20/17 | J | A | |
| 92. SPDR CONSMRS STPL ACTUAL (XLP) | A | Dividend | J | T | Buy (add'l) | 07/21/17 | J | | |
| 93. SPDR HEALTH CARE SELECT (XLV) | A | Dividend | J | T | Buy (add'l) | 07/21/17 | J | | |
| 94. REAL ESTATE SELECT SPDR (XLRE) | A | Dividend | J | T | Buy | 07/21/17 | | | |
| 95. SPDR ENERGY BSP (XLE) | A | Dividend | J | T | Sold (part) | 07/21/17 | J | A | |
| 96. VANGARD NTERMEDIATE BOND ETF (BIV) | A | Dividend | J | T | Buy (add'l) | 07/20/17 | J | | |
| 97. ISHARFES MBS ETF TRADE (MBB) | A | Dividend | J | T | Buy (add'l) | 07/20/17 | J | | |
| 98. HEALTH CARE SELECT SPDR (XLV) | A | Dividend | J | T | Buy (add'l) | 07/20/17 | J | | |
| 99. SPDR ENERGE (XLE) | A | Dividend | J | T | Sold | 07/20/17 | J | A | |
| 100. REAL ESTATE SPDR ( XLRE) | A | Dividend | J | T | Sold | 07/20/17 | J | A | |
| 101. SPDR CONMRS STPLE (XLP) | A | Dividend | J | T | Buy (add'l) | 07/20/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. SPDR CONSMRS (XLP) | A | Dividend | J | T | Buy (add'l) | 07/20/17 | J | | |
| 103. REAL ESTATE SELECT SPDR (XLRE) | A | Dividend | J | T | Buy (add'l) | 07/20/17 | J | | |
| 104. HEALTH CARE SELECT SPDR (XLV) | A | Dividend | J | T | Buy (add'l) | 07/20/17 | J | | |
| 105. ENERGY SECTOR SPDR (XLE) | A | Dividend | J | T | Closed | 07/20/17 | J | A | |
| 106. REAL ESTATE SELECT SPDR (XLRE) | A | Dividend | J | T | Closed | 07/20/17 | J | A | |
| 107. MATERIALS SELECT SECTOR SPDR (XLB) | A | Dividend | J | T | Buy (add'l) | 07/20/17 | J | | |
| 108. SECTOR UTIITIES SPDR (XLU | A | Dividend | J | T | Buy (add'l) | 07/20/17 | J | | |
| 109. CONSUMER DISCRETIONARY SPDR (XLY) | A | Dividend | J | T | Open | 6/20/17 | J | | |
| 110. ISHARES TIP BOND ETF (TIP) | A | Dividend | J | T | Open | 06/26/17 | J | | |
| 111. MATERIALS SELECT SPDR (XLB) | A | Dividend | J | T | Buy (add'l) | 09/27/17 | J | | |
| 112. SPDR S&P INSRUANCE ETF (KIE) | A | Dividend | J | T | Sold (part) | 09/25/17 | J | A | |
| 113. CONSUMER DISCRETIONARY SPDR (XLY) | A | Dividend | J | T | Sold (part) | 09/25/17 | J | A | |
| 114. VANGUARD FINANCIALS ETF ACTUL PRICE (VFH) | A | Dividend | J | T | Buy (add'l) | 09/25/17 | J | | |
| 115. ISHARES NASDAQ BIOTECH ETF (IBB) | A | Dividend | J | T | Buy | 09/25/17 | J | | |
| 116. HEALTH CARE SELECT SPDR (XLV) | A | Dividend | J | T | Closed | 09/25/17 | J | A | |
| 117. FRANKLIN FLOATIG RATE DAILY ACCESS (FAFRX) | A | Dividend | J | T | Sold (part) | 10/09/17 | J | A | |
| 118. VANGUARD TELECOM ETF (VOX) | A | Dividend | J | T | Buy (add'l) | 10/24/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. SECTOR INDUSTRIAL SPDR (XLI) | A | Dividend | J | T | Sold (part) | 10/24/17 | J | A | |
| 120. ISHARES INC CORE MSCI EMERGING MKTS (IEMG) | A | Dividend | J | T | Sold (part) | 10/24/17 | J | | |
| 121. VANGUARD INFORMATION TECH ETF (VGT) | A | Dividend | J | T | Buy (add'l) | 10/26/17 | J | | |
| 122. ISHARES IBOXX $ INVT GRADE CORP BD LQD) | A | Dividend | J | T | Buy (add'l) | 10/26/17 | J | | |
| 123. ISHARES MSCI EAFE ACTUAL PRICES (EFA) | A | Dividend | J | T | Buy (add'l) | 10/26/17 | J | | |
| 124. ISHARES TIPS (TIP) | A | Dividend | J | T | Buy (add'l) | 10/26/17 | J | | |
| 125. VANGUARD INTERMEDIATE TERM BOND ETF (BIV) | A | Dividend | J | T | Buy (add'l) | 10/24/17 | J | | |
| 126. SECTOR SPDR CONSUMERS STIPL (XLP) | A | Dividend | J | T | Buy (add'l) | 10/24/17 | J | | |
| 127. VANUARD SHORT TERM BOND (BSV) | A | Dividend | J | T | Buy (add'l) | 10/24/17 | J | | |
| 128. ISHARFES 3-7 YEAR TREASURY BOND ETF (IEI) | A | Dividend | J | T | Buy (add'l) | 10/26/17 | J | | |
| 129. S&P INSURANCE ETF SPDR (KIE) | A | Dividend | J | T | Buy (add'l) | 10/26/17 | J | | |
| 130. ISHARES MBS ETF ACTUAL PRICE (MBB) | A | Dividend | J | T | Buy (add'l) | 10/24/17 | J | | |
| 131. POWERSHARES EM SOVEREIGN BOND USD (PCY) | A | Dividend | J | T | Buy (add'l) | 10/26/17 | J | | |
| 132. VANGUARD FINANCIALS ETF (VFH) | A | Dividend | J | T | Buy (add'l) | 12/07/17 | J | | |
| 133. MATERIALS SELECG SECTOR SPDR (XLB) | A | Dividend | J | T | Sold (part) | 12/07/17 | J | A | |
| 134. SPDR S&P INSURANCE ETF (KIE) | A | Dividend | J | T | Sold (part) | 12/07/17 | J | A | |
| 135. VANGUARD TELECOM ETF (VOX) | A | Dividend | J | T | Sold (part) | 12/08/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 09/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. MATERIALS SELECT SECTOR SPDR FUND (XLB) | A | Dividend | J | T | Buy (add'l) | 12/08/17 | | | |
| 137. VANGUARD ELECOM ETF (VOX) | A | Dividend | J | T | Sold (part) | 12/08/17 | J | | |
| 138. SPDR S&P INSURANCE ETF (KIE) | A | Dividend | J | T | Buy (add'l) | 12/08/17 | J | | |
| 139. VANGUARD FINANCIAL ETF ACTUAL (VFH) | A | Dividend | J | T | Buy (add'l) | 12/08/17 | J | | |
| 140. VANGUARD TELECOM (VOX) | A | Dividend | J | T | Sold (part) | 12/08/17 | J | A | |
| 141. MATERIALS SELECT SPDR FUND A (XLB) | A | Dividend | J | T | Buy (add'l) | 12/08/17 | J | | |
| 142. VANGUARD INFORMATION TECH ETF (VGT) | A | Dividend | J | T | Buy (add'l) | 12/08/17 | J | | |
| 143. OPPENHEIMER INTL GROWTH FD Y | A | Dividend | J | T | Open | 01/04/17 | J | | |
| 144. T. ROWE PRICE REAL ESTATE FUND | A | Dividend | J | T | Open | 02/27/17 | J | | |
| 145. EATON VANCE GLOBAL MACRO ABSLE TR CL I | A | Dividend | | | Closed | 03/20/17 | J | | |
| 146. PIMCO REAL RETURN FUND CL 12 | A | Dividend | J | T | Open | 03/20/17 | J | | |
| 147. LORD ABBETT TOTAL RETURNED CLASS F | A | Dividend | J | T | Open | 06/13/17 | J | | |
| 148. PGIM JENNISON GROWTH CL Z | A | Dividend | J | T | Open | 06/13/17 | J | | |
| 149. FEDERATED SHT INTER TOTAL RETURN B IS | A | Dividend | J | T | Open | 12/08/17 | J | | |
| 150. FEDERATED TOTAL RETURN BOND IS | A | Dividend | J | T | Closed | 12/8/17 | J | | |
| 151. LORD ABBETT TOTL RETURNED CLASS F | A | Dividend | | | Closed | 12/08/17 | J | | |
| 152. LORD ABBETT SHORT DURATION INCOME CL F | A | Dividend | J | T | Buy | 12/08/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 09/02/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. EATON VANCE GLOBAL MACRO ABSLTE RT CL I | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 154. TIAA-CREFF (VARIOUS FUNDS - SEE SECTION VIII) | | | | | | | | | |
| 155. | | | | | | | | | |
| 156. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Positions
Part III - Non INvestment Income
       I netted approximately $10,000 from a rental property we own. We have owned this property for many years but it was never really intended to produce income. Rather, it is a multi unit dwelling where       had an apartment prior to their death. We purchased it primrily for their support, not for income.

LINE 43 PART VII - TEMPLETON GLOBAL BOND ADVISOR CLASS - I HAVE THIS LISTED AS BOTH A SALE AND PURCHASE ON 1/4. IT APPEARS THAT ONE IRA ACCOUNT SOLD THE FUND THAT DAY AND ANOTHE ACQUIRED IT. THUS, THE DOUBLE LISTING.

Part VII, Line 8: Note that I have again corrected the ticker symbol for this fund. It is FAFRX.

SECTION VII, LINE 154 TIAA-CREF: I HAVE NOT YET HEARD BACK FROM THE ADVISER AT TIAA-CREF IN RESPONSE TO A REQUEST FOR THE VARIOUS HOLDINGS HELD IN THIS IRA. I WILL INCLUDE THIS INFORMATION IN AN AMENDED REPORT ONCE I HAVE IT. HOWEVER, I WANT TO REITERATE THAT WE HAVE ABSOLUTELY NO CONTROL OVER THOSE INVESTMENTS. THE INVESTMENT ADVISOR WHOM WE WORK WITH SELECTS VARIOUS FUNDS FOR OUR RETIREMENT ACCOUNTS, WE DO NOT. WE ALSO DO NOT GIVE HIM ANY INSTRUCTIONS AS TO WHEN TO SELL ANY SUCH FUNDS OR ACQUIRE NEW ONES.

NOTE:
IN ADDITION TO THE ABOVE EXPLANATIONS, PLEASE NOTE THAT WHEN I FILE THE AMENDED FDR THAT INCLUDES INFORMATION FROM TIAA-CREFF, I WILL TRY TO BETTER ORGANIZE THE INFORMATION REPORTED ON THIS FORM. FRANKLY, I HAVE FOUND SOME OF THE REQUESTED INFORMATION CONFUSING. FOR EXAMPEL, WHAT IS THE DIFFERNECE BETWEEN "CLOSED" AND "SOLD" ?IN COLUMN D1? I ASSUME THAT IF AN INVESTMENT IS "SOLD" IT IS THERBY "CLOSED" AS YOU ALSO HAVE AN OPTION FOR NOTING A PARTIAL SALE. THERE IS SIMILIAR CONFUSION REGARDING "BUY" AS THERE IS AN OPTION FOR "OPEN" AS WELL AS "BUY ADDITIONAL" BUT THERE IS ALSO AN OPTION TO JUST LIST "BUY." BUT ANY PURCHASE WOULD EITHER BE TO OPEN A HOLDING OR TO BUY ADDITIONAL. I HAVE NO DOUBT THAT, BECAUSE OF THESE AMIGUITIES, THERE MAY WELL BE SOME CONFUSING OR CONTRADICTORY ENTRIES ON THIS FORM.

The details of the hoidings in TiAA CREFF retirement accounts for 2017 for myself and/or my wife are as follows (the income for each item during 2017 was code A; the value at the end of 2017 was code J using methiod T:

Ticker Symbol      Nane of Invsetment

AGC - ISHARES TR-CORE US AGGBD ET
AVLIX - AMERICAN CENTY CAP PORTFOLIO - VALUE FD INSTL
BSV - VANGUARD D INDEX FD INCSHORT TERM BOND
DPFFX - DELAWARE POOLED TR-DIVERS INCM I
HLMEX - HARDING LOEVNER FDS INCS-INST EMGRN I
IWN - ISHARES TR-RUS 2000 VAL ETF
IWS 0 ISHARES TR-RUS MDCP VAL ETF
JENIX - JENSEN FUNDS ENSN QLT GRW
MHYIX - MFS SER TR V - INTL NEW DIS I
PELBX 0 PINCO FDS 0 EMRGLCL BD INS
TCIEX - TIAA0CREF MUT FDS-INTL EQIDX ISTL
TILIX- TIAA-CREF MUT FDS-LGCP GWIDX INSTL
TIP - ISHARES TR-TIPS BE ETF
UISBX - USAA MUT FDS TR-SHORT-TERM BD

| Name of Person Reporting | Date of Report |
| --- | --- |
| McKee, Theodore A. | 09/02/2018 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Theodore A. McKee**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544